the defendant with the contraband, and it was uncontradicted that his brother also lived in the apartment and many other persons had access to the premises. Therefore, we believe the State did not sustain its burden of proof. Because of this holding we need not discuss the defendant's second contention.

For these reasons the judgment of the Circuit Court of Cook County is reversed.

Reversed.

BURMAN and JOHNSON, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAISY JOHNSON, Defendant-Appellant.

(No. 60183;

First District (2nd Division)—April 8, 1975.

PER CURIAM.

Cornelius E. Toole, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Paul B. Linton, Assistant State's Attorneys, of counsel), for the People.